## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

TYRON LEROY CADY,

      Plaintiff,

v.                                           CASE NO. 5:19cv8-MCR/MJF

MOORE, et al.,

      Defendants.

_____/

### O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 10, 2019. ECF No. 8. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This action is **DISMISSED** without prejudice for Plaintiff's failure to pay the filing fee and failure to comply with court orders.

3. The clerk of court shall close the case file.

**DONE AND ORDERED** this 9th day of July 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**